LINDSEY H. MORALES, ESQ.
Nevada Bar No. 11519
BUCKLEY MADOLE, P.C.
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Tel: (702) 425-7267
lindsey.morales@buckleymadole.com
Attorneys for Plaintiffs
DITECH FINANCIAL LLC and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN WEST VILLAGE II OWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 8829 CORNWALL GLEN, a Nevada corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS XI – XX, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-2164-JCM (GWF) <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Lindsey H. Morales, Esq., attorney for

Plaintiffs Ditech Financial LLC (hereafter "Ditech") and Federal National Mortgage Association

(hereafter "FNMA") and Michael F. Bohn, Esq., attorney for Defendant Saticoy Bay LLC Series

8829 Cornwall Glen (hereafter "Saticoy Bay") that Plaintiffs may have additional time within

which to oppose or otherwise respond to Saticoy Bay's Motion to Dismiss filed on October 19,

2017 as docket number 19. Specifically, the parties have agreed to extend Defendant's time to

respond by 14 days from the original due date of November 2, 2017; therefore, Plaintiffs may

oppose or otherwise respond to the Motion to Dismiss on or before November 17, 2017.

The parties further agree that good cause exists for this extension; the amended response deadline provides Plaintiffs with the opportunity to thoroughly respond to the motion without significantly delaying the prosecution of this case in whole.

Signed this __26th__ day of October, 2017          Signed this __26th__ day of October, 2017

By:_/s/ Lindsey H. Morales_____          By:_/s/ Michael F. Bohn_____
Lindsey H. Morales, Esq.                        Michael F. Bohn, Esq.
Buckley Madole, PC                              Law Offices of Michael F. Bohn, Esq., Ltd.
1635 Village Center Circle, Suite 130           376 E. Warm Springs Road, Suite 140
Las Vegas, Nevada 89134                          Las Vegas, Nevada 89119
*Attorney for JPMorgan Chase Bank, N.A.*         *Attorney for Saticoy Bay LLC*

## ORDER

**IT IS SO ORDERED.** Plaintiff shall answer or otherwise respond to Defendant's Motion to Dismiss Compliant on or before __November 17__, 2017.

Dated this __7th__ day of __November_____, 20_17_.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____
Lindsey H. Morales, Esq.
Buckley Madole, PC
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
lindsey.morales@buckleymadole.com

-2-