MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay Llc
Series 8829 Cornwall Glen

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMERICAN WEST VILLAGE II OWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 8829 CORNWALL GLEN, a Nevada corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation.<br><br>        Defendants | CASE NO.: 2:17-cv-2164-JCM-GWF |

**STIPULATION AND ORDER TO EXTEND THE DATE FOR
DEFENDANT SATICOY BAY LLC SERIES 8829 CORNWALL GLEN
TO FILE ITS REPLY BRIEF**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Ditech Financial LLC and Federal National Mortgage Association, by and through its attorney Lindsey Morales, Esq., and Defendant Saticoy Bay LLC Series 8829 Cornwall Glen, by and through it's attorney, Michael F. Bohn, Esq. that the date for defendant Saticoy Bay LLC Series 8829 Cornwall Glen to file its opposition to the plaintiffs countermotion for summary judgment (ECF 33 filed on November 17, 2017 ) shall be extended from December 8, 2017 until December 13, 2017.

/ / /

1

This is the first extension for this brief.

 DATED this 11ᵗʰ day of December, 2017.

| MCCALLA RAYMER LEIBERT PIERCE, LLC | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s/ /Lindsey H. Morales, Esq./<br>Lindsey H. Morales, Esq.<br>1635 Village Center Circle<br>Suite 130<br>Las Vegas, NV 89134<br>Attorney for plaintiff | By: /s/ /Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 89119<br>Attorney for defendant Saticoy Bay LLC Series 8829 Cornwall Glen |

IT IS SO ORDERED December 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /Michael F. Bohn, Esq. /
    MICHAEL F. BOHN, ESQ.
    376 E. Warm Springs Rd., Ste. 140
    Las Vegas, NV 8911 9
    Attorney for defendant Saticoy Bay LLC