Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLC
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Lindsey.Morales@mccalla.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA
*****

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN WEST VILLAGE II OWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 8829 CORNWALL GLEN, a Nevada corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02164-JCM-GWF |

**STIPULATION TO EXTEND TIME TO FILE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Ditech Financial LLC ("Ditech") and Federal National Mortgage Association, by and through their attorney, Lindsey H. Morales, Esq., and Defendant Saticoy Bay LLC Series 8829 Cornwall Glen, by and through its attorney, Michael F. Bohn, Esq. that the date for the parties to file their stipulated Discovery Plan and Scheduling Order is hereby extended from December 22, 2017 to January 04, 2018.

/ / /

/ / /

This is the parties' first request.

**APPROVED AS TO FORM AND CONTENT:**

Dated: 12/21/2017                                                  Dated: 12/21/2017

/s/  *Michael F. Bohn*                                              */s/ Lindsey H. Morales*
Michael F. Bohn, Esq.                                           Lindsey H. Morales
Attorney for Defendant                                         Attorney for Plaintiff

**IT IS SO ORDERED this** \_\_\_\_22nd\_\_\_\_ **day of December, 2017.**

_____*George Foley Jr.*_____
**UNITED STATES MAGISTRATE JUDGE**