Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLC
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Lindsey.Morales@mccalla.com
*Attorney for Plaintiffs Ditech Financial LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
*****

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN WEST VILLAGE II OWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 8829 CORNWALL GLEN, a Nevada corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; DOE INDIVIDUALS I-X, inclusive.<br><br>Defendants. | Case No.: 2:17-cv-02164-JCM-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br>(Second Request) |

**STIPULATION TO EXTEND TIME TO FILE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Ditech Financial LLC and Federal National Mortgage Association, by and through their attorney, Lindsey H. Morales, Esq., Defendant Saticoy Bay LLC Series 8829 Cornwall Glen, by and through its attorney, Michael F. Bohn, Esq., and American West Village II Owners Association, by and through its attorney, Margaret E. Schmidt, Esq., that the date for the parties to file their Stipulated Discovery Plan and Scheduling Order is hereby extended from January 04, 2018 to January 08, 2018. This date was previously extended to January 04, 2018 from December 22, 2017 by virtue of a prior stipulation entered into by the parties and approved by the Court at ECF No. 45.

This is the parties' second request. This second request is made in good faith and for the purpose of allowing all appearing parties to provide additional input upon and ultimately finalize the Proposed Stipulated Discovery Plan and Scheduling Order.

**APPROVED AS TO FORM AND CONTENT:**

Dated: January 04, 2018                    Dated: January 04, 2018

*/s/Michael F. Bohn*_____            */s/Lindsey H. Morales*_____
Michael F. Bohn, Esq.                      Lindsey H. Morales
Attorney for Defendant Saticoy Bay         Attorney for Plaintiffs Ditech and Fannie Mae

Dated: January 04, 2018

*/s/Margaret E. Schmidt*_____
Margaret E. Schmidt, Esq.
Attorney for American West Village II Owners Association

**IT IS SO ORDERED this** _____5th_____ **day of January, 2018.**

_____
**UNITED STATES MAGISTRATE JUDGE**

-2-