Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLC
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Lindsey.Morales@mccalla.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA
*****

| | |
|---|---|
| DITECH FINANCIAL LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government-sponsored entity,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN WEST VILLAGE II OWNERS ASSOCIATION, a Nevada non-profit corporation; SATICOY BAY LLC SERIES 8829 CORNWALL GLEN, a Nevada corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02164-JCM-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY** (First Request) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Ditech Financial LLC and Federal National Mortgage Association, by and through their attorney, Lindsey H. Morales, Esq., and Defendant Saticoy Bay LLC Series 8829 Cornwall Glen, by and through its attorney, Michael F. Bohn, Esq. that the date for Plaintiffs to file their Reply to Defendant's Response to the Plaintiff's Countermotion for Summary Judgment (ECF 33) shall be extended. Plaintiffs' Motion for Summary Judgment was filed on November 17, 2017 (ECF and Defendant filed its Response (ECF 40) on December 13, 2017. Therefore, the parties agree the deadline for the Reply to Defendant's opposition will be extended from December 27, 2017 until January 10, 2018.

1  This is Plaintiffs' first request.

**APPROVED AS TO FORM AND CONTENT:**

Dated: 1/04/2018                    Dated: 1/04/2018

 /s/ *Michael F. Bohn*                /s/ *Lindsey H. Morales*
Michael F. Bohn, Esq.                Lindsey H. Morales
Attorney for Defendant               Attorney for Plaintiff


**IT IS SO ORDERED** January 8, 2018.


_____
UNITED STATES DISTRICT JUDGE